```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                          NORTHERN DIVISION
```

PATRICIA CLAIBORNE                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 3:22-CV-661-TSL-MTP

MISSISSIPPI STATE
DEPARTMENT OF HEALTH                                            DEFENDANT

<u>JUDGMENT</u>

In accordance with the memorandum opinion and order entered this date, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 9th day of February, 2024.

                                            /s/ Tom S. Lee
                                            UNITED STATES DISTRICT JUDGE